Submitted on record and briefs June 15, affirmed July 14, 1982

# STATE OF OREGON,
*Respondent,*

*v.*

# LEE R. SHELTON,
*Appellant.*

## (No. 81-29981, CA A23821)

647 P2d 990

Lee R. Shelton, Eugene, filed the brief in propria persona for appellant.

Dave Frohnmayer, Attorney General, William F. Gary, Solicitor General, and Stephen F. Peifer, Assistant Attorney General, Salem.

Before Richardson, Presiding Judge, and Thornton and Van Hoomissen, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals *pro se* after conviction on the charge of violating ORS 618.121 by operating a scale without a license.

Defendant makes three assignments of error; however, due to defendant's failure to quote verbatim the pertinent portions of the record under the assignments of error as required by ORAP 7.19, we will not consider them. *State v. Mendenhall,* 53 Or App 174, 631 P2d 791 (1981); *State v. Addicks,* 34 Or App 557, 579 P2d 289, *rev den* 284 Or 80-a (1978).

Affirmed.